> The request to adjourn *sine die* is **DENIED.** The Court will adjourn the ICMC to **December 15th at 10:30 AM.** To join, dial +1 646-453-4442 and enter ID 980 174 574#. If the motion to withdraw is filed prior to the ICMC, the hearing will be replaced with a hearing to address the withdrawal request and a corporate representative will need to be present. If no motion is filed, the ICMC will happen on December 15th. SO ORDERED.
>
> _____
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> November 13, 2025

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

November 13, 2025

**VIA ECF**

Hon. Jennifer Willis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Picon v. Manhattan Shoe-Inn, Inc.**
      *Case No. 24-cv-8660 (JHR) (JW)*

Dear Magistrate Judge Willis:

We represent defendant Manhattan Shoe-Inn, Inc., in the above-referenced ADA website accessibility case. We write, with the consent of counsel for plaintiff, to request that the telephonic initial pretrial conference in this case, scheduled for Tuesday, November 18, 2025, at 10:30 a.m., be adjourned *sine die*.

The reason for our request is that we intend to file a motion to withdraw from this case, as we have neither been paid our fees nor have we had any contact with our client in over half a year.

We thank the Court for its attention to this matter, and we are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc: Gabriel Levy, Esq. (via ECF)