**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
YELITZA PICON,

                            Plaintiff,

                  -against-

MANHATTAN SHOE-INN, INC.,

                           Defendant.
-------------------------------------------------------------------X

                       **ORDER**

                **24-CV-8660 (JHR)(JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 15, 2025 this Court held a telephone conference regarding counsel for Defendant's pending motion to withdraw as counsel.  Dkt. No. 17.  The Court did not rule on the motion.  The Court scheduled a second telephonic conference on Defense counsel's motion to withdraw on **January 9, 2026 at 11:00 AM**. To join the conference dial **+1 646-453-4442** and enter **332 415 157#.**

Counsel for Defendant is to serve the motion to withdraw and notice of the January 9th hearing on his client.  Counsel for Defendant is to give notice to his client that if this Court grants the motion to withdraw, the corporation will not subsequently be able to appear *pro se.*  A corporate representative from Manhattan Shoe-Inn, Inc. is ordered to appear telephonically at the hearing.

SO ORDERED.

DATED:    New York, New York
             December 29, 2025

                              _____
                              JENNIFER E. WILLIS
                            United States Magistrate Judge